IT IS ORDERED

Date Entered on Docket: August 24, 2017

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

SEANPAUL M. HYDE                                   Case No. 7-17-11782-TF

        Debtor.

**DEFAULT ORDER GRANTING SOUTHWEST STAGE FUNDING DBA CASCADE FINANCIAL SERVICES RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY TO SOUTHWEST STAGE FUNDING DBA CASCADE FINANCIAL SERVICES LOCATED AT 16 ROAD 3452 FLORA VISTA, NM 87415**

This matter came before the Court on the Motion for Relief from Automatic Stay for the Abandonment of Property to Southwest Stage Funding dba Cascade Financial Services, filed on July 26, 2017, (DOC 12) (the "Motion") by Southwest Stage Funding dba Cascade Financial Services ("Southwest Stage Funding"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a) On July 26, 2017, Southwest Stage Funding served the Motion and a notice of the Motion (the "Notice") on Robert L Finch, Attorney for Debtor and Edward Alexander Mazel , Trustee (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtor Seanpaul M. Hyde, by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

(b) The Motion relates to the property located at 16 Road 3452 Flora Vista, NM 87415, more fully described as:

> That portion of the East 209.00 feet of Tract 16 of the CENTRADO RANCHES SUBDIVISION, situate in the Northwest Quarter of the Southeast Quarter of the Southeast Quarter (NW/4SE/4SE/4) of Section Ten (10), in Township Thirty (30) North of Range Twelve (12) West, N.M.P.M., San Juan County, New Mexico, filed for record September 7, 1973 in the office of the County Clerk (File C-57), and more particularly described as follows:
> BEGINNING at a point which is the Northeast corner of said Tract 16;
> THENCE South 189.91 feet;
> THENCE North 87°45'00" West 209.00 feet to a point in the center of a 40 foot access road;
> THENCE North along the center of said access road 189.91 feet;
> THENCE South 87°45'00" East 209.00 feet to the point of beginning,

including any improvements, fixtures, and attachments, such as, but not limited to, mobile homes (the "Property"). If there is a conflict between the legal description and the street address, the legal description shall control.

(c) The Notice provided for an objection deadline of 21 days from the date of service of the Notice, to which three days was added pursuant to Bankruptcy Rule 9006(f);

(d) The Notice was sufficient in form and content;

(e) The objection deadline expired on August 21, 2017;

(f) As of August 22, 2017, neither the Debtor nor the Trustee, nor any other party in interest, filed an objection to the Motion;

(g) The Motion is well taken and should be granted as provided herein; and

(h) By submitting this Order to the Court for entry, the undersigned counsel for Southwest Stage Funding certifies under penalty of perjury that, on the date this Order was presented Rose L. Brand & Associates, P.C. searched the data banks of the Department of Defense Manpower Data Center ("DMDC"), and found that the DMDC does not possess any information indicating that the Debtor is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), Southwest Stage Funding and any and all holders of liens against the Property, of any lien priority, are hereby are granted relief from the automatic stay:

(a) To enforce its rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtor is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtor or the Property, or both, in any court of competent jurisdiction; and

(b) To exercise any other right or remedy available to it under law or equity with respect to the Property.

2. The Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Southwest Stage Funding need not name the Trustee as a

defendant in any state court action it may pursue to foreclosure liens against the Property and need not notify the Trustee of any sale of the Property.

3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtor, in the event that a discharge order is entered. The Debtor can be named as a defendant in litigation to obtain judgment or to repossess the Property in accordance with applicable non-bankruptcy law, pursuant to any discharge order entered.

4. This Order does not waive Southwest Stage Funding's claim against the estate for any deficiency owed by the Debtor after any foreclosure sale or other disposition of the Property. Southwest Stage Funding may filed an amended proof of claim this bankruptcy case within thirty (30) days after a foreclosure sale of the Property, should it claim that Debtor owe any amount after the sale of the Property.

5. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

6. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

7. Southwest Stage Funding is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtor and to enter into a loan modification with the Debtor.

XXX END OF ORDER XXX

RESPECTFULLY SUBMITTED:

ROSE L. BRAND & ASSOCIATES, P.C.

By:/s/Andrew P. Yarrington
ANDREW YARRINGTON
Attorney for Southwest Stage Funding
7430 Washington NE
Albuquerque, NM 87109
Telephone: (505) 833-3036
Andrew.Yarrington@roselbrand.com


Copied to:

Seanpaul M. Hyde
Debtor
16 Road 3452
Flora Vista, NM 87415

Robert L Finch
Attorney for Debtor
555 E. Main Street
Farmington, NM 87401-2742
Telephone: 505-325-2028
finchlaw@mindspring.com

Edward Alexander Mazel
Chapter 7 Trustee
1122 Central Ave. SW, Ste. 1
Albuquerque, NM 87102
Telephone: (505) 433-3097
edmazel@askewmazelfirm.com